| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| **Central District of California ~Revised 13 plan** |
| Case number *(if known)* _____ Chapter **7** |

☐ Check if this an amended filing

# Official Form 205
# Involuntary Petition Against a Non-Individual            12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**    *Check one:*
   - ■ Chapter 7
   - ☐ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**    CA FAN TUAN INC

3. **Other names you know the debtor has used in the last 8 years**
   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**
   ☐ Unknown
   833529053
   EIN

5. **Debtor's address**

   **Principal place of business**
   505 N. Tustin Street
   Number    Street
   Suite 243
   Santa Ana CA 92705-0000
   City        State    Zip Code

   Orange
   County

   **Mailing address, if different**
   Number    Street
   P.O. Box
   City        State    Zip Code

   **Location of principal assets, if different from principal place of business**
   Number    Street
   City        State    Zip Code

6. **Debtor's website (URL)**    https://fantuan.ca/en/

7. **Type of debtor**
   - ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**    *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

Debtor  CA FAN TUAN INC                                    Case number (if known)

- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the types of business listed.
- ☐ Unknown type of business.

9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?

■ No
☐ Yes.  Debtor _____ Relationship _____
District _____ Date filed _____ (MM/DD/YYYY) Case number, if known _____

Debtor _____ Relationship _____
District _____ Date filed _____ (MM/DD/YYYY) Case number, if known _____

### Part 3: Report About the Case

**10. Venue**  Check one:

■ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

■ The debtor is generally not paying its debts as they become due, unless they are in the subject of a bona fide dispute as to liability or amount.
☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

■ No
☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Jun Dong- Lead Class Plaintiff | Judgment - Wages | $404250 |
| Gleason & Favarote, LLP | Attorney's Fees | $138012.63 |
| Becerra Law Firm | Attorneys Fees | $127737.37 |
| | Total of petitioners' claims | $670000 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

Official Form 205                Involuntary Petition Against a Non-Individual                page 2

Debtor **CA FAN TUAN INC** _____  Case number *(if known)* _____

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

### Petitioners or Petitioners' Representative | Attorneys

**Name and mailing address of petitioner**
Name: Jun Dong- Lead Class Plaintiff
Number Street: 4014 Long Beach Blvd, Suite 300
City/State/Zip: Long Beach CA 90807-0000

Name and mailing address of petitioner's representative, if any: (blank)

I declare under penalty of perjury that the foregoing is true and correct.
Executed on: June 5, 2023

Signature: *[signed]* Attorney for Dong & certified class

**Attorneys**
Printed name: Rosendo Gonzalez
Firm name: Gonzalez & Gonzalez Law, P.C.
Number Street: 530 S. Hewitt Street, Suite 148
City/State/Zip: Los Angeles CA 90013-0000
Contact phone: 2134520070
Email: rossgonzalez@gonzalezplc.com
Bar number: 137352
State: CA

Signature of attorney: *[signed]*
Date signed: June 5, 2023

---

### Petitioners or Petitioners' Representative | Attorneys

**Name and mailing address of petitioner**
Name: Gleason & Favarote, LLP
Number Street: 4014 Long Beach, Blvd. Suite 300
City/State/Zip: Long Beach CA 90807-0000

Name and mailing address of petitioner's representative, if any: (blank)

I declare under penalty of perjury that the foregoing is true and correct.
Executed on: June 5, 2023

Signature: *[signed]* Attorney

**Attorneys**
Printed name: Rosendo Gonzalez
Firm name: Gonzalez & Gonzalez Law, P.C.
Number Street: 530 S. Hewitt Street, Suite 148
City/State/Zip: Los Angeles CA 90013-0000
Contact phone: 2134520070
Email: rossgonzalez@gonzalezplc.com
Bar number: 137352
State: CA

Signature of attorney: *[signed]*
Date signed: June 5, 2023

Official Form 205    Involuntary Petition Against a Non-Individual    page 3

Debtor  **CA FAN TUAN INC**  Case number *(if known)*

Signature of petitioner or representative, including representative's title

### Petitioners or Petitioners' Representative

Name and mailing address of petitioner
**Becerra Law Firm**
Name

**4014 Long Beach Blvd., Suite 300**
Number    Street
**Long Beach CA 90807-0000**
City             State             Zip Code

Name and mailing address of petitioner's representative, if any

Name

Number    Street

City             State             Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on  **June 5, 2023**
              MM / DD / YYYY

*/s/ [signature]* Attorney

Signature of petitioner or representative, including representative's title

### Attorneys

**Rosendo Gonzalez**
Printed name

**Gonzalez & Gonzalez Law, P.C.**
Firm name, if any
**530 S. Hewitt Street, Suite 148**
Number    Street
**Los Angeles CA 90013-0000**
City             State             Zip Code

Contact phone  **2134520070**    Email  **rossgonzalez@gonzalezplc.com**

Bar number  **137352**

State  **CA**

*/s/ [signature]*

Signature of attorney
Date signed  **June 5, 2023**
              MM / DD / YYYY